*John P. Carson* and *Reginald V. Spell* for appellant.

*James I. Cuff, James I. McGuire* and *Milton Elias Schattman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. THACHER, J., dissents upon the ground that there was no evidence of negligence of the defendant, nor of freedom of the plaintiff from contributory negligence. MEDALIE, J. deceased.

MARIE RUSSO, Respondent, *v.* JENNIE RASO, as Administratrix of the Estate of JOHN RUSSO, Deceased, Appellant, et al., Defendants.

MARIE RUSSO, Respondent, *v.* JENNIE RASO, Individually and as Administratrix of the Estate of JOHN RUSSO, Deceased, Appellant, et al., Defendants.

Argued January 24, 1946; decided March 7, 1946.

*Joseph Lonardo* for appellant.

*John E. Bleibtrey* and *Gaspar J. Liota* for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.